| | |
|---|---|
| 1 | JOSEPH C. LIBURT (STATE BAR NO. 155507) |
| 2 | TRACY L. SCHEIDTMANN (STATE BAR NO. 223646)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | 1000 Marsh Road<br>Menlo Park, CA  94025 |
| 4 | Telephone:     (650) 614-7400<br>Facsimile:      (650) 614-7401 |
| 5 | Attorneys for Defendants/Petitioners |
| 6 | ORACLE CORPORATION, SIEBEL SYSTEMS, INC., and<br>SIEBEL SYSTEMS, INC. SENIOR EXECUTIVE |
| 7 | RETENTION BENEFIT PLAN |
| 8 | ALAN B. EXELROD (STATE BAR NO. 50467) |
| 9 | PATRICE L. GOLDMAN (STATE BAR NO. 142855)<br>RUDY, EXELROD & ZIEFF, LLP |
| 10 | 351 California Street, Suite 700<br>San Francisco, CA  94104 |
| 11 | Telephone:     (415) 434-9800<br>Facsimile:      (415) 434-0513 |
| 12 | Attorneys for Plaintiffs |
| 13 | BRUCE CLEVELAND and STEVEN MANKOFF |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE CLEVELAND and STEVEN MANKOFF,<br><br>                    Plaintiffs,<br><br>           v.<br><br>ORACLE CORPORATION, SIEBEL SYSTEMS, INC., and SIEBEL SYSTEMS, INC. SENIOR EXECUTIVE RETENTION BENEFIT PLAN,<br><br>                    Defendants. | Case No.  C 06 7826 MHP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER WAIVING HEARING ON DEFENDANTS' PETITION FOR ORDER CONFIRMING ARBITRATION AWARD AND DIRECTING ENTRY OF JUDGMENT**<br><br>**[CIV. L.R. 6-2]**<br><br>Dept.:    15<br>Judge:   Hon. Marilyn Hall Patel<br><br>Action Filed:    December 21, 2006 |

OHS West:260677706.1

STIP. WAIVING HEARING ON PETITION FOR ORDER
CONFIRMING ARB. AWARD; [PROPOSED] ORDER
CASE NO. C 06 7826 MHP

1    PURSUANT TO CIVIL LOCAL RULES 6-2 of the Federal District Court for the
2    Northern District of California, Bruce Cleveland and Steven Mankoff (collectively, "Plaintiffs")
3    and Oracle Corporation, Siebel Systems, Inc., and the Siebel Systems, Inc. Senior Executive
4    Retention Benefit Plan (collectively, "Defendants"), by and through their respective counsel,
5    submit this Joint Stipulation.
6    WHEREAS, Defendants have petitioned this Court for an order (1) confirming the
7    Arbitrator's Final Arbitration Award, dated June 15, 2009, by the Honorable William J. Cahill
8    (Ret.) (the "Arbitrator") of JAMS, and (2) directing entry of Judgment in favor of Defendants in
9    accordance therewith, in the matter of the arbitration between Defendants and Plaintiffs;
10   WHEREAS, Plaintiffs will not seek to vacate, correct, or modify the Arbitrator's
11   Final Arbitration Award, will not appeal the judgment entered by this Court nor seek to prevent
12   the judgment from becoming final in any other manner, and have submitted a statement of non-
13   opposition in response to Defendants' petition;
14   WHEREAS, the parties, by and through their respective counsel, agree that the
15   requested time modification will have no material effect on the schedule for the case;
16   WHEREAS, there have been no previous Rule 6-2 requests by the parties to alter
17   the schedule in the above-referenced case;
18   WHEREAS, Defendants wish to the petition granted on an expedited basis and
19   Plaintiffs, in light of their non-opposition thereto, agree to waive hearing on Defendants' petition;
20   NOW, THEREFORE, Plaintiffs and Defendants hereby AGREE AND
21   STIPULATE, by and through their respective counsel, to entry of an Order of this Court that
22   grants Defendants' petition on the papers, without a hearing.
23   ///
24   ///

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between counsel for the undersigned parties as follows:

Dated: June 19, 2009

JOSEPH C. LIBURT
TRACY L. SCHEIDTMANN
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Joseph C. Liburt /s/
Joseph C. Liburt
Attorneys for Defendants
ORACLE CORPORATION, SIEBEL SYSTEMS, INC., and SIEBEL SYSTEMS INC. SENIOR EXECUTIVE RETENTION BENEFIT PLAN

Dated: June 19, 2009

ALAN B. EXELROD
PATRICE L. GOLDMAN
RUDY, EXELROD & ZIEFF LLP

/s/ Patrice L. Goldman /s/
Patrice L. Goldman
Attorneys for Plaintiffs
BRUCE CLEVELAND and STEVEN MANKOFF

I hereby attest that concurrence to the filing of this document has been obtained from all signatories; such concurrence shall serve in lieu of their signature on the document.

Dated: June 19, 2009

JOSEPH C. LIBURT
TRACY L. SCHEIDTMANN
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Joseph C. Liburt /s/
Joseph C. Liburt
Attorneys for Defendants
ORACLE CORPORATION, SIEBEL SYSTEMS, INC., and SIEBEL SYSTEMS INC. SENIOR EXECUTIVE RETENTION BENEFIT PLAN

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 23, 2009

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Marilyn H. Patel

Hono
United